Raynard Williams Reg. No.
_____
Name and Prisoner/Booking Number
FCI Herlong
_____
Place of Confinement
P.O. Box 800
_____
Mailing Address
Herlong, CA. 96113
_____
City, State, Zip Code    Petitioner In Propria Persona (pro-per)
(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

NOV 07 2022

MOORE, JR., CLERK
BY US DISTRICT COURT, EDNC
_____ DEP CLK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RAYNARD WILLIAMS
_____ )
(Full Name of Plaintiff)    Plaintiff,    )
                                           )
                                           )
            v.                             )  CASE NO. 5:22-CT-3403-FL
UNITED STATES OF AMERICA,                  )  _____
(1) WARDEN D. LUE                          )     (To be supplied by the Clerk)
_____ )
(Full Name of Defendant)                   )
(2) LIEUTENANT HACKETT                     )  **JURY TRIAL DEMAND**
_____ )     CIVIL RIGHTS COMPLAINT
(3) LIEUTENANT MIDDLETON                   )        BY A PRISONER
_____ )
                                           )
(4) LIEUTENANT R. JOHNSON,                 )  ☒ Original Complaint
_____ )
            Defendant(s).                  )  ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☒ Other: FEDERAL TORT CLAIMS ACT. 28 U.S.C. sec. 2401(b), 2675(a)

2. Institution/city where violation occurred: FEDERAL CORRECTIONAL INSTITUTION (FCI) Butner,
    North Carolina

Revised 3/15/2016                          1

## ADDITIONAL DEFENDANTS

OFFICER B. CHOLAK, Guard,

OFFICER D. YOW, Guard;

OFFICER S. FORD, Guard;

OFFICER C. McHENRY, Guard;

OFFICER Ms. ROUSE, Guard;

MICHAEL CARVAJAL, Director;

R. JOHNSON, Lieutenant;

B. BROOKS, SHU Counselor;

Borges Medical Staff;

Snipe Medical Staff;

STROKES, PSYCHOLOGIST:

LIPCOMB, Lieutenant;

P. Chrestensen Medical staff

Page 1-A

Case 5:22-ct-03403-FL     Document 1     Filed 11/07/22     Page 2 of 7

## B. DEFENDANTS

1. Name of first Defendant: __see Memorandum of Law (attached)__ The first Defendant is employed as:
   _____ at _____ .
           (Position and Title)                               (Institution)

2. Name of second Defendant: __see MOL__ . The second Defendant is employed as:
   _____ at _____ .
           (Position and Title)                               (Institution)

3. Name of third Defendant: __see MOL__ . The third Defendant is employed as:
   _____ at _____ .
           (Position and Title)                               (Institution)

4. Name of fourth Defendant: __See MOL__ . The fourth Defendant is employed as:
   _____ at _____ .
           (Position and Title)                               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: __N/A__ v. __N/A__
   2. Court and case number: __N/A__ .
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____ __N/A__ _____ .

   b. Second prior lawsuit:
   1. Parties: __N?A__ v. _____
   2. Court and case number: __N/A__ .
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____ __N/A__ _____ .

   c. Third prior lawsuit:
   1. Parties: __N/A__ v. _____
   2. Court and case number: __N/A__ .
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____ __N/A__ _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

Case 5:22-ct-03403-FL    Document 1    Filed 11/07/22    Page 3 of 7

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW (MOL)

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW FOR ALL FACTS/DETAILS TO THIS COMPLAINT/PETITION.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW (MOL)

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not Applicable

3

Case 5:22-ct-03403-FL    Document 1    Filed 11/07/22    Page 4 of 7

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
   __PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW (MOL)__.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW FOR ALL FACTS/DETAILS.__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __PLEASE SEE THE ACCOMPANYING MEMORANDUM OF LAW (MOL) FOR DETAILS/FACTS.__

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   __N/A__.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
   PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW (MOL) FOR ALL CLAIMS RAISED .

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   PLEASE REFER TO THE ACCOMPANYING MEMORANDUM OF LAW FOR CLAIM DETAILS.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   SEE ACCOMPANYING MEMORANDUM OF LAW (MOL).

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not Applicable.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Are you presently represented by counsel?

Yes ( ). No ( X )

If so, provide your attorney's name, address, and telephone number:
Petitioner is representing himself Pro-Per in this matter.

If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( ) No ( X )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

11-2-22
(Date)

(Signature of Petitioner)

N/A (Pro-Per)
(Signature of Attorney, if any)

Case 5:22-ct-03403-FL     Document 1     Filed 11/07/22     Page 7 of 7